**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tajudeen O. Oladiran, | No. CV 07-2189-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael B. Mukasey, et al., | |
| Defendants. | |

Having considered the Stipulated Motion to Dismiss filed by the parties (Dkt. 12), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Dismiss is granted (Dkt. 12).

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for May 27, 2008 is vacated.

DATED this 23rd day of May, 2008.

_____
Stephen M. McNamee
United States District Judge